LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATRIENT, INC., a Michigan Domestic Profit Corporation d/b/a ATRIENT, INC., a licensed Nevada foreign Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>WENDY PEREZ, as an individual; DOES I through X, inclusive; ROE Business Entities I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02880-JCM-GWF<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS** |

LIPSON NEILSON P.C. hereby withdraws as counsel of record for Plaintiff ATRIENT, INC., and agrees and consents to the substitution of GREENBERG TRAURIG as attorneys of record for Plaintiff in this matter.

DATED this 7th day of March, 2018.

LIPSON NEILSON P.C.

By: /s/ Jos P Cearin
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

- 1 -

Plaintiff ATRIENT, INC., hereby accepts the withdrawal of LIPSON NEILSON P.C. as its counsel of record in this matter, and substitutes Mark Ferrario, Esq. of the law firm GREENBERG TRAURIG, as Plaintiff's attorneys of record in the above-entitled action, in place and stead of Lipson Neilson P.C.

DATED this 6th day of March, 2018.

ATRIENT, INC.

By: /s/ Sam Attisha

I hereby accept the above and foregoing substitution as attorneys for Plaintiff, ATRIENT, INC. in this matter.

DATED this ___ day of March, 2018.

GREENBERG TRAURIG

By: _____
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169

**IT IS SO ORDERED.**
**DATED:** 3/16/2018

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE